UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JEFFREY PHILPOTT,

                Plaintiff,              16 **CIVIL** 6778 (AKH)

    -against-                       **JUDGMENT**

STATE UNIVERSITY OF NEW YORK,
                Defendant.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 11, 2019, Defendant's motion for summary judgment is granted, and judgment is entered for Defendant, with costs to be taxed by the Clerk; accordingly, the case is closed.

**Dated:** New York, New York
          March 13, 2019

                                                  **RUBY J. KRAJICK**
                                                    Clerk of Court
                                     BY:
                                                      Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 3/13/2019